# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JACK A. LIGNOWSKI & SHARON SUE LIGNOWSKI      Case Number: 04-73921
2017 INDIAN RIDGE DRIVE      SSN-xxx-xx-7189 & xxx-xx-7625
MCHENRY, IL  60050

|  |  |
|---|---|
| Case filed on: | 8/5/2004 |
| Plan Confirmed on: | 10/15/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $76,309.53      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 0.00 | 0.00 | 52,166.28 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 52,166.28 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 005 | UNITED CREDITORS ALLIANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FRANKS GERKIN MCKENNA PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | UCB INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PALISADE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WESLEY KOZENY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JACK A. LIGNOWSKI | 0.00 | 0.00 | 5,555.86 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,555.86 | 0.00 |
| 001 | EZ PAYDAY ADVANCE | 800.00 | 800.00 | 800.00 | 93.42 |
| 003 | OCWEN LOAN SERVICING LLC | 14,356.62 | 10,690.42 | 10,690.42 | 0.00 |
|  | Total Secured | 15,156.62 | 11,490.42 | 11,490.42 | 93.42 |
| 001 | EZ PAYDAY ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALAMO II | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICASH LOANS LLC | 297.43 | 297.43 | 297.43 | 33.66 |
| 007 | FRANKS GERKIN MCKENNA PC | 459.02 | 459.02 | 459.02 | 52.02 |
| 009 | FAMILY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GENESIS FINANCIAL SOLUTIONS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MEIJER, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MEIJER, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 709.65 | 709.65 | 709.65 | 80.58 |
| 016 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS BANKRUPTCY SERVICE | 250.38 | 250.38 | 250.38 | 28.22 |
| 019 | SUNNYSIDE LITTLE STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PORTFOLIO ACQUISITIONS, LLC | 143.18 | 143.18 | 143.18 | 16.32 |
| 022 | NATIONAL CAPITAL MANAGEMENT LLC | 932.30 | 932.30 | 932.30 | 105.74 |
| 023 | WHISPERING HILLS WATER CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,791.96 | 2,791.96 | 2,791.96 | 316.54 |
|  | Grand Total: | 20,648.58 | 16,982.38 | 74,704.52 | 409.96 |

Total Paid Claimant:      $75,114.48
Trustee Allowance:        $1,195.05
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                    By  /s/Heather M. Fagan